# SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>JEFFREY JOHN YOU,<br><br>Defendant. | Case No.: **20-MJ-4392**<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

<u>COUNT ONE</u>

On or about June 14, 2020, within the Southern District of California, defendant JEFFREY JOHN YOU, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: Taurus G2C 9mm, serial # TL075702; in violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT TWO</u>

On or about September 17, 2020, within the Southern District of California, defendant JEFFREY JOHN YOU, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: an AR-15; in violation of Title 18, United States Code, Section 922(g)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Christopher Tews
Task Force Officer

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 8th day of October, 2020.

_____
HON. KAREN S. CRAWFORD
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

On June 14, 2020, a San Diego Police Department (SDPD) officer was on duty near the intersection of 54th Street and Grape Street, City of San Diego, in the Southern District of California. The officer observed a vehicle, a white Acura with CA license plate 8HON151, speeding and conducting unsafe lane changes. A records check by SDPD revealed the plate was expired as of 04/2020, but displayed a 2021 registration sticker.

The officer stopped the vehicle and contacted the driver JEFFREY JOHN YOU. The officer asked for YOU's license and registration. When YOU reached for the glove box, the officer saw a black beanie sticking out of YOU's rear pant pocket. Officers conducted a records check of YOU's driver's license and found the license was not valid. Additionally, the records check revealed that YOU had prior convictions of Cal. Penal Code 29800(a)(1) – Felon in Possession of a Firearm, and was a documented gang member of the Oriental Boy Soldiers ("OBS"). The passenger of the vehicle was identified through a booking photo as M.R.

The officer asked YOU to step out of the vehicle. As YOU stepped out of the vehicle, he resisted the officers' commands to place his hands behind his back and turn around. The officers used physical force to stop YOU from pulling away from them. As YOU fell to the ground, he threw a black beanie that contained a firearm inside of it towards the front, passenger side of the patrol car. The officer located the firearm on the ground, next to the patrol car, about a foot from where YOU was sitting. Officers placed YOU under arrest.

The firearm was a black Taurus G2C 9mm Handgun, serial number # TL075702. The handgun was loaded with 12 live rounds. A records check revealed no records of the firearm on file.

Officers detained M.R. next. M.R. stated, "It's my gun." The officer said M.R. was in the vehicle within reach of the firearm. Officers placed M.R. under arrest. YOU told officers that the gun was not his.

Additional follow-up conducted by officers showed the beanie in YOU's rear pants pocket on body-worn camera ("BWC") footage. The beanie the firearm was found in appeared to be the same beanie seen in YOU's pocket on BWC footage.

On September 17, 2020, a SDPD Officer was on duty near 4100 48th Street, City of San Diego, in the Southern District of California. The officer observed a vehicle, a 2006, silver Lexus GS300, with CA license plate 8DEX864, driving with expired registration. The officer attempted to initiate a traffic stop for the violation by activating their overhead lights and then sirens. The driver of the Lexus vehicle failed to yield and then accelerated. The officer engaged in a pursuit with the vehicle through residential streets. For safety reasons, the officer terminated the pursuit at around University Avenue and Winona Avenue.

A short while later, the officer located the Lexus vehicle unoccupied and crashed into a light pole at University Avenue and 50th Street in San Diego, in the Southern District of California. The officer observed YOU running from a market at 3890 50th Street, San Diego. Multiple bystanders were pointing at YOU. The officer engaged in a foot pursuit, eventually tackling YOU to the ground and placing him under arrest for violation of the Cal. Vehicle Code 2800.2(a) – Felony Evading Police. The officer performed a records check of YOU and learned he was a convicted felon and that he was an OBS gang member.

During the search incident to arrest of YOU, the officer found a hollow-point Colt .45 caliber round in YOU's pants. During an inventory search of the Lexus vehicle, the officer found a black assault rifle (AR-15) on the passenger side floorboard. The AR was unbranded and the safety had been drilled out. The AR was loaded with a 30-round magazine containing .223 caliber rounds and had one round in the chamber. The AR-15 also had a modified "snub" buttstock, a short "breaching" barrel, and a forward grip with an extendable bi-pod. Additionally in the vehicle, the officer found a box of seven rounds of .223 ammunition and a Glock 10-round magazine filled with nine rounds of Colt .45 caliber rounds.

4

Other SDPD officers interviewed witnesses at the crash scene. One witness told officers they watched the vehicle crash, a male run from the vehicle into the market, and then get rushed out of the market by the owners. The officers said this witness told them that the same person who left the vehicle from the crash, ran to the market, and then was arrested by police was the same person lying on the gurney. Officers indicated that was YOU. Officers interviewed an additional witness who said they witnessed the crash and saw the driver run from the car. This witness told officers that the same person who was the driver of the vehicle is the person whom police had in custody, YOU.

A SDPD Investigator interviewed YOU at the hospital where he was transported following the crash. YOU said the gun found was not his gun. YOU said he did not know why he had the ammunition, and that it was in his pants. YOU told the investigator that he took off because of the registration and that the officers were going to tow his car. The Investigator said YOU was evasive to most of the questions and whispered nonsensically.

A records check on YOU revealed that he had the following criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 07/19/1999 | California Superior Court – San Diego | Cal. Penal Code 459; Burglary | 150 days jail, 3 years probation |
| 10/03/2000 | California Superior Court Corrections – San Diego | Probation Revoked - Cal. Penal Code 459; Burglary | 16 months prison |
| 08/22/2001 | California Superior Court – San Diego | Cal. Penal Code 273.5(A); Inflict Corporal Injury Spouse / Cohab, Used Firearm, Great Bodily Injury | 8 years prison |
| 02/25/2010 | California Superior Court – San Diego | Parole Violation & Cal. H&S Code 11377(A); Possession Controlled Substance | 16 months prison |

| | | | |
|---|---|---|---|
| 10/29/2012 | California Superior Court – San Diego | Cal. Vehicle Code 10851(A); Vehicle Theft without Consent | 32 months prison |
| 04/30/2015 | California Superior Court – San Diego | Cal. Penal Code 29800(A)(1); Felon in Possession, Cal. Vehicle Code 2800.2(A); Evade Peace Officer – Disregard Safety, Cal. Penal Code PR 667.5(B); New Felony Enhancement | 76 months prison |

Preliminary checks revealed that the firearms were not manufactured in California. Therefore, the firearms traveled in, and/or affected interstate commerce to arrive in the state of California.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee, may cause destruction of evidence, or otherwise have a negative impact on this continuing investigation.